No. 439. MAGENAU, ADMINISTRATOR, *v.* AETNA FREIGHT LINES, INC. C. A. 3d Cir. Certiorari granted. *Harry L. Shniderman* and *William W. Knox* for petitioner. *John E. Britton* and *William F. Illig* for respondent.

No. 472. BOWLEY *v.* NEW JERSEY TURNPIKE AUTHORITY. Supreme Court of New Jersey. Certiorari denied. *James M. Davis, Jr.* for petitioner. *Grover C. Richman, Jr.* for respondent.

No. 474. GARDNER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Jack Hart* for petitioner. *Solicitor General Rankin, Assistant Attorney General Anderson* and *Beatrice Rosenberg* for the United States.

No. 493. REISTROFFER ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. *Morris A. Shenker, Sidney M. Glazer* and *Bernard J. Mellman* for petitioners. *Solicitor General Rankin, Assistant Attorney General Anderson, Beatrice Rosenberg* and *Theodore G. Gilinsky* for the United States.

No. 494. PURITAN CHURCH BUILDING FUND ET AL. *v.* UNITED STATES ET AL. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. Petitioners *pro se. Solicitor General Rankin, Assistant Attorney General Rice* and *I. Henry Kutz* for respondents.